# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Patrice N. Lewis**                    **Docket No.  5:12-MJ-2090**

## Petition for Action on Probation

COMES NOW Nikki Allen, probation officer of the court, presenting a petition for modification of the Judgment of  Patrice N. Lewis, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S 20-138.1, Driving While Impaired - Level 5, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on May 15, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.      The defendant shall perform 24 hours of community service during the first 30 days of probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2.      The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program.  The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3.      It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4.      The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until privilege to do so is restored in accordance with law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's probation is scheduled to expire on May 14, 2014.  The defendant has completed her community service and obtained a substance abuse assessment.   The defendant has not completed the recommended 20 hours of substance abuse treatment nor paid the court ordered $200.00 fine and $10.00 assessment fee.   It is requested that the term of probation be extended for a period of six months to expire on November 14, 2014, so that the defendant can complete those conditions.  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of probation be extended six months to expire on November 14, 2014.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the
                                          foregoing is true and correct.


 /s/ Robert K. Britt                       /s/ Nikki Allen
Robert K. Britt                           Nikki Allen
Senior U.S. Probation Officer             U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301
                                          Phone: (910) 483-8613
                                          Executed On:   April 11, 2014


**ORDER OF COURT**

Considered and ordered this  11th  day of    April            , 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge